IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** _____ |
| v. | : | **DATE FILED:** _____ |
| **SHARIF RAMBERT** | : | **VIOLATIONS:**<br>**18 U.S.C. § 922(a)(1)(A) (dealing in firearms without a license – 1 count)**<br>**18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 5 counts)**<br>**Notice of forfeiture** |
| | : | |
| | : | |

**INFORMATION**

**COUNT ONE**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

From in or about August 2020 through in or about April 2025, in Philadelphia, in the Eastern District of Pennsylvania, and elsewhere, defendant

**SHARIF RAMBERT**

willfully engaged in the business of dealing in firearms without being licensed to do so under the provisions of Chapter 44, Title 18, United States Code.

In violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## COUNT TWO

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about December 5, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**SHARIF RAMBERT,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Century Arms, model Draco NAK, 9mm semi-automatic pistol with an obliterated serial number, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about December 17, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**SHARIF RAMBERT,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Ewbank Manufacturing, model EMAKM, 7.62x39 caliber semi-automatic pistol with an obliterated serial number, and the firearm was in and affecting interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FOUR

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about January 10, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### SHARIF RAMBERT,

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, at least one of the following: (1) a Smith & Wesson, model M&P-15, multi-caliber semi-automatic rifle, bearing serial number TN73846, and (2) a Huglu Cooperative, model Silver Eagle RZ17 Tactical, 12-gauge shotgun with an obliterated serial number; and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT FIVE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about February 11, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**SHARIF RAMBERT,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, at least one of the following: (1) a FNH, model 509, 9mm semi-automatic pistol with an obliterated serial number, and (2) a Century Arms, model Micro Draco, 7.62 caliber semi-automatic pistol, bearing serial number PMD-05305-18 RO; and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SIX

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about April 17, 2025, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**SHARIF RAMBERT,**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, at least one of the following:

1. a Smith & Wesson, model .38 Double Action 3rd Model, .38 caliber revolver, bearing serial number 250305, loaded with five live rounds of .38 caliber ammunition;

2. a Winchester, model 1300, 12-gauge shotgun, bearing serial number L1719688;

3. a Romarm/Cugir, model Draco-C, 7.62 caliber semi-automatic pistol, bearing serial number 1978ZD0778, loaded with 29 live rounds of 7.62 caliber ammunition;

4. a Radical Firearms, model RF-15, .223 caliber semi-automatic pistol, bearing serial number 2-098470, loaded with 40 live rounds of 5.56 caliber ammunition; and

5. a Masterpiece Arms, model Defender, 9mm semi-automatic pistol, bearing serial number FX24473, loaded with 26 live rounds of 9mm ammunition;

and the firearm was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

As a result of the violations of Title 18, United States Code, Sections 922(a)(1)(A) and 922(g)(1) set forth in this information, defendant

### SHARIF RAMBERT

shall forfeit to the United States of America, the firearms and ammunition involved in the commission of such violations, including, but not limited to:

1. a Century Arms, model Draco NAK, 9mm semi-automatic pistol with an obliterated serial number;

2. a Ewbank Manufacturing, model EMAKM, 7.62x39 caliber semi-automatic pistol with an obliterated serial number;

3. a Smith & Wesson, model M&P-15, multi-caliber semi-automatic rifle, bearing serial number TN73846;

4. a Huglu Cooperative, model Silver Eagle RZ17 Tactical, 12-gauge shotgun with an obliterated serial number;

5. a FNH, model 509, 9mm semi-automatic pistol with an obliterated serial number;

6. a Century Arms, model Micro Draco, 7.62 caliber semi-automatic pistol, bearing serial number PMD-05305-18 RO;

7. a Smith & Wesson, model .38 Double Action 3rd Model, .38 caliber revolver, bearing serial number 250305;

8. a Winchester, model 1300, 12-gauge shotgun, bearing serial number L1719688;

9. a Romarm/Cugir, model Draco-C, 7.62 caliber semi-automatic pistol, bearing serial number 1978ZD0778;

10. a Radical Firearms, model RF-15, .223 caliber semi-automatic pistol, bearing serial number 2-098470;

11. a Masterpiece Arms, model Defender, 9mm semi-automatic pistol, bearing serial number FX24473;

12. 63 live rounds of .38 caliber ammunition;

13. 29 live rounds of 7.62 caliber ammunition;

14. 77 rounds of 5.56 caliber ammunition;

15. 35 live rounds of 9mm ammunition;

16. 10 live rounds of assorted ammunition seized from 5460 W. Montgomery Avenue and marked as ATF Exhibit # 0037;

17. 127 live rounds of assorted ammunition seized from 5460 W. Montgomery Avenue and marked as ATF Exhibit # 0039; and

18. 64 live rounds of assorted ammunition seized from 5460 W. Montgomery Avenue and marked as ATF Exhibit # 0046.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

_____ /FOR
**DAVID METCALF**
**UNITED STATES ATTORNEY**

No. _ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

SHARIF RAMBERT

INFORMATION

**Counts**

**18 U.S.C. § 922(a)(1)(A) (dealing in firearms without a license – 1 count)**
**18 U.S.C. § 922(g)(1) (possession of a firearm by a felon – 5 counts)**
**Notice of forfeiture**

A true bill.

_____
Foreperson

Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Foreperson

Bail, $ _____